IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 18-CR-4005-LTS |
| vs. | ) | |
| CURTIS VAN DAM, | ) | |
| Defendant. | ) | |

**GOVERNMENT'S SENTENCING MEMORANDUM**

The United States of America hereby files its Sentencing Memorandum in the above matter.

**I. Witnesses:**

The government does not anticipate calling any witnesses at sentencing.

**II. Exhibits:**

The government does not anticipate submitting any exhibits at sentencing.

**III. Issues:**

The government does not believe there are any sentencing issues that must be resolved. The parties have executed a Rule 11(c)(1)(C) plea agreement pursuant to which the parties have agreed to recommend defendant be sentenced to 180 months imprisonment.

## IV. Conclusion:

In accord with the plea agreement in this matter, the United States' recommends the defendant serve 180 months' imprisonment with no less than five years of supervised release to follow.

Respectfully submitted,

PETER E. DEEGAN, JR.
United States Attorney

By: *s/ Timothy T. Duax*

TIMOTHY T. DUAX
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA 51101
(712) 255-6011
(712) 252-2034 (fax)
Timothy.Duax@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on September 5, 2018.

UNITED STATES ATTORNEY

BY:  s/ Michelle Hatting

COPIES TO:
Stuart Dornan